**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01174-CV

### JOSE LUIS ALARCON, Appellant

### V.

### WEBBER, LLC, W.O.E. CONSTRUCTION, INC., AND EXPERT REBAR SERVICES, INC., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12275-J**

## ORDER

On November 2, 2015, we notified appellants the Court had received notice from the court reporter that the reporter's record had not been filed because appellant had not requested the reporter's record nor made arrangements to pay for the record. We directed appellants to file written verification that the reporter's record had been requested and either payment or payment arrangements had been made within ten days. Similarly, by letter dated November 5, 2015, we notified appellants the clerk's record had not been filed because appellants had failed to pay or make payment arrangements for the clerk's record. We directed appellants to provide written verification of payment or arrangements to pay for the clerk's record within ten days. By letters dated November 16, 2015, counsel for appellants informed the Court that (1) he requested a

check from the firm's accountant in the amount of $222.00 payable to the District Clerk of Dallas County which he will forward to the District Clerk once the check is signed; and (2) he filed a request with the court reporter for the reporter's record on November 13, 2015.

Accordingly, this Court **ORDERS** the Dallas County District Clerk Felicia Pitre to file the clerk's record within **THIRTY DAYS** of the date of this order. *We notify appellants that if we receive notification they have not paid for or made arrangements to pay for the clerk's record, we will dismiss this appeal without further notice. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Melba Wright, Official Court Reporter for the 191st Judicial District Court to file the reporter's record within **THIRTY DAYS** of the date of this order. *We notify appellants that if we receive verification they had not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Gena Slaughter
Presiding Judge
191st Judicial District Court

Felicia Pitre
Dallas County District Clerk

Melba Wright
Official Court Reporter for the 191st Judicial District Court

All parties

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE